```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  RACHELLE D. BARBOUR, Bar #185395
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    KEVIN MILLER
 7
 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. MAG-08-00024-GGH KJM |
| Plaintiff, | |
| | STIPULATION AND ORDER |
| v. | |
| KEVIN MILLER, | Date: February 14, 2008 |
| | Time: 2:00 p.m. |
| Defendant. | Judge: Hon. Kimberly J. Mueller |

It is hereby stipulated and agreed to between the United States of America through RUSSELL CARLBERG, Assistant U.S. Attorney, and defendant, KEVIN MILLER by and through his counsel, RACHELLE BARBOUR, that the hearing of January 31, 2008 be vacated and continued for further hearing to February 14, 2008 at 2:00 p.m. for status on a Rule 20 proceeding.

This continuance is being requested to provide additional time for defense counsel to review discovery just provided by the government, to discuss the case with counsel for the government in Baltimore as well as Mr. Carlberg, and for the parties to resolve the case and have the

1 matter transferred pursuant to Rule 20.

2       To afford time to complete these tasks, the parties agree that
3 speedy trial time be excluded from the date of this order through the
4 date of the hearing set for February 14, 2008 pursuant to
5 18 U.S.C. § 3161(h)(G)[pending transfer from other district](Local Code
6 F) and 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare]
7 (Local Code T4).

8 Dated:  January 29, 2008
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Rachelle Barbour
                                        _____
                                        RACHELLE D. BARBOUR
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        KEVIN MILLER



                                        McGREGOR SCOTT
                                        United States Attorney

Dated:  January 29, 2008                /s/ Rachelle Barbour for
                                        _____
                                        RUSSELL CARLBERG
                                        Assistant U.S. Attorney



**IT IS SO ORDERED.**

Dated: 01/30/08                         /s/ Gregory G. Hollows
                                        _____
                                        GREGORY G. HOLLOWS
                                        United States Magistrate Judge
miller24.ord

Stip & Order/Kevin Miller               -2-